# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff-Appellee,

    v.

NICANOR PEREZ-VIDAL,

               Defendant-Appellant.

Case No. 18-mj-20144-MDD-H

ORDER GRANTING MOTION TO DISMISS APPEAL

(Doc. No. 13.)

Upon the motion of Defendant-Appellant Nicanor Perez Vidal (Doc. No. 13), the Court GRANTS the Defendant-Appellant's motion to dismiss the appeal. <u>See</u> Fed. R. App. P. 42(a) ("Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal . . . on the appellant's motion with notice to all parties.").

APPEAL DISMISSED. IT IS SO ORDERED.

DATED: <u>August 1, 2018</u>

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-